# United States Court of Appeals

# for the Fifth Circuit

_____

No. 24-20264
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

July 22, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Eric Ellison Haywood, Jr.,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CR-122-2

_____

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Eric Ellison Haywood, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Haywood has not filed a response. We have reviewed

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

However, the district court was without jurisdiction to enter the amended judgment during the pendency of this appeal. *See United States v. Willis*, 76 F.4th 467, 472 (5th Cir. 2023). Thus, the original judgment stands. It contains a clerical error regarding Haywood's prisoner number. *See* FED. R. CRIM. P. 36. After the conclusion of this appeal, the district court regains jurisdiction to correct clerical errors under Federal Rule of Criminal Procedure 36.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED as frivolous. The amended judgment is VACATED for want of jurisdiction and the case is REMANDED for correction of the original judgment's clerical error regarding Haywood's prisoner number. *See* 5TH CIR. R. 42.2; *Willis*, 76 F.4th at 472.